# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY COLE,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>    Respondent. | Case No. CV 16-07437 SJO (RAO)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: August 30, 2018.

                                                S. JAMES OTERO
                                                UNITED STATES DISTRICT JUDGE